UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE RAYMUN BENFORD, <br> PLAINTIFF, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:20-CV-3600-B-BK |
| ONTRONICS, ET AL., <br> DEFENDANTS. | § | |

ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. This action is *sua sponte* **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**SO ORDERED** this 12th day of July, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE